# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

Curt Dupre, III

versus

Janeway Law Firm P.C.

Civil Action No. 17-cv-00409

Judge Elizabeth E. Foote

Magistrate Judge Carol B. Whitehurst

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed, and having determined that the findings and recommendations are correct under the applicable law;[1]

**IT IS ORDERED** that the Motion to Dismiss For Failure to State a Claim [Rec. Doc. 6] filed by Janeway Law Firm P C be **GRANTED** and Plaintiff's claims against Defendant be **DISMISSED WITH PREJUDICE.**

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this ___ day of October, 2017.

_____
Elizabeth E. Foote
United States District Judge

_____

[1]The Court notes the recent decision by the Fifth Circuit, Mahmoud v. De Moss Owners Ass'n, Inc., 865 F.3d 322, 330-31 (5th Cir. 2017).